# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BPS US Holdings Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12373 (KJC) |
| In re: Bauer Hockey, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12374 (KJC) |
| In re: Easton Baseball / Softball Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12375 (KJC) |
| In re: Bauer Hockey Retail Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12376 (KJC) |
| In re: Bauer Performance Sports Uniforms Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12377 (KJC) |

| | |
|---|---|
| In re: Performance Lacrosse Group Inc. | Chapter 11 |
| | Case No. 16-12378 (KJC) |
| Debtor. | |
| In re: BPS Diamond Sports Inc. | Chapter 11 |
| | Case No. 16-12379 (KJC) |
| Debtor. | |
| In re: PSG Innovation Inc. | Chapter 11 |
| | Case No. 16-12380 (KJC) |
| Debtor. | |
| In re: Performance Sports Group Ltd. | Chapter 11 |
| | Case No. 16-12381 (KJC) |
| Debtor. | |
| In re: KBAU Holdings Canada, Inc. | Chapter 11 |
| | Case No. 16-12382 (KJC) |
| Debtor. | |

| | |
|---|---|
| In re: Bauer Hockey Retail Corp. | Chapter 11 |
| | Case No. 16-12383 (KJC) |
| Debtor. | |
| In re: Easton Baseball / Softball Corp. | Chapter 11 |
| | Case No. 16-12384 (KJC) |
| Debtor. | |
| In re: PSG Innovation Corp. | Chapter 11 |
| | Case No. 16-12385 (KJC) |
| Debtor. | |
| In re: Bauer Hockey Corp. | Chapter 11 |
| | Case No. 16-12386 (KJC) |
| Debtor. | |
| In re: BPS Canada Intermediate Corp. | Chapter 11 |
| | Case No. 16-12387 (KJC) |
| Debtor. | |
| In re: BPS Diamond Sports Corp. | Chapter 11 |
| | Case No. 16-12388 (KJC) |
| Debtor. | |

| | ) | |
|---|---|---|
| In re: Bauer Performance Sports Uniforms Corp. | ) ) ) | Chapter 11 |
| | ) ) | Case No. 16-12389 (KJC) |
| Debtor. | ) ) ) ) | |
| | ) ) | |
| In re: Performance Lacrosse Group Corp. | ) ) ) | Chapter 11 |
| | ) ) | Case No. 16-12390 (KJC) |
| Debtor. | ) ) ) ) | |

## ORDER, PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1, AUTHORIZING (I) THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES, (II) NOTIFICATION TO FOREIGN CREDITORS PURSUANT TO SECTION 1514(c) OF THE BANKRUPTCY CODE, AND (III) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[1] of the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 and section 1514(c) of the Bankruptcy Code authorizing (i) the joint administration of the Debtors' chapter 11 cases for procedural purposes only, (ii) notification procedures for foreign creditors, and (iii) granting related relief; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order herewith consistent with Article III of the U.S.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Constitution; and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED, as set forth herein.

2. The Debtors' chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The Clerk of the Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor BPS US Holdings Inc., Case No. 16-12373 (KJC).

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                                :    Chapter 11
                                                     :
BPS US Holdings Inc., et al.,[1]                     :    Case No. 16-12373 (KJC)
                                                     :
                          Debtors.                   :    (Jointly Administered)
------------------------------------------------------x

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian equivalent, are as follows: BPS US Holdings Inc. (8341); Bauer Hockey, Inc. (3094); Easton Baseball / Softball Inc. (5670); Bauer Hockey Retail Inc. (6663); Bauer Performance Sports Uniforms Inc. (1095); Performance Lacrosse Group Inc. (4200); BPS Diamond Sports Inc. (5909); PSG Innovation Inc. (9408); Performance Sports Group Ltd. (1514); KBAU Holdings Canada, Inc. (5751); Bauer Hockey Retail Corp. (1899); Easton Baseball / Softball Corp. (4068); PSG Innovation Corp.; (2165); Bauer Hockey Corp. (4465); BPS Canada Intermediate Corp. (4633); BPS Diamond Sports Corp. (8049); Bauer Performance Sports Uniforms Corp. (2203); and Performance Lacrosse Group Corp. (1249). The Debtors' headquarters are located at 100 Domain Dr., Exeter, New Hampshire 03833.

5. The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

6. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and the Clerk of the Court shall make docket entries in the dockets of each of the chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of BPS US Holdings Inc.; Bauer Hockey, Inc.; Easton Baseball / Softball Inc.; Bauer Hockey Retail Inc.; Bauer Performance Sports Uniforms Inc.; Performance Lacrosse Group Inc.; BPS Diamond Sports Inc.; PSG Innovation Inc.; Performance Sports Group Ltd. (CA); KBAU Holdings Canada, Inc. (CA); Bauer Hockey Retail Corp. (CA); Easton Baseball / Softball Corp. (CA); PSG Innovation Corp. (CA) Bauer Hockey Corp. (CA); BPS Canada Intermediate Corp. (CA); BPS Diamond Sports Corp. (CA); Bauer Performance Sports Uniforms Corp. (CA); and Performance Lacrosse Group Corp. (CA). The Debtors' headquarters are located at 100 Domain Dr., Exeter, New Hampshire 03833. The docket in the chapter 11 case of BPS US Holdings Inc., Case No. 16-12373 (KJC), should be consulted for all matters affecting this case.

3

7. Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates. This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. The combined notice and service lists proposed in the Motion, and the service on creditors and stakeholders with foreign addresses as set forth in the Motion, satisfy section 1514(c) of the Bankruptcy Code.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Nov 1, 2016
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge